**Exhibit A to the Complaint**

**Location:** Forest Hills, NY  **IP Address:** 96.232.107.197
**Total Works Infringed:** 41  **ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 4B1C6C7F3650B7D808425C0B789E1A25376C84BE | Vixen | 11/21/2017 02:06:04 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 2 | 030B8276A2E4B491DDC5534009E2417F9CAA1362 | Tushy | 07/19/2017 01:13:19 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 3 | 0437257AAD91BE7EE769B580E3A7EFCA2FBA6CC5 | Blacked | 06/20/2017 01:51:22 | 06/19/2017 | 07/06/2017 | 15584064069 |
| 4 | 0E6108BD041F9006530A434225AC091276ACD991 | Blacked | 05/15/2017 23:52:11 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 5 | 14125F6533A2552A19E7D4960C7A60B00629444C | Blacked | 07/27/2017 04:27:38 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 6 | 15A9AD59EBBC05EA27DB08074626F90CF4DA2415 | Tushy | 11/18/2017 02:13:02 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 7 | 15B30BDE569A128FE0AB4D7E1195C7ADE377CFCA | Vixen | 07/29/2017 00:14:34 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 8 | 217AD29250D7E64B8ED553144AC0507F3F18D74B | Vixen | 05/11/2017 01:23:38 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 9 | 224C19AC3CE85B27965D68479E33E7588D0BB02E | Tushy | 11/04/2017 00:33:45 | 11/02/2017 | 11/15/2017 | 16013254789 |
| 10 | 31CB8E1857CE8C0A798E7F8C2D2B63DDC5AE29C5 | Tushy | 08/10/2017 01:38:53 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 11 | 37107D709399CD5D5D227EF421460DEED14EEDC8 | Blacked | 06/10/2017 00:20:50 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 12 | 4100E5E7CB23BBE12DB5373112A2A31400BA8729 | Blacked | 09/28/2017 03:52:37 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 13 | 43484134D4259093B9E6C9DCAECCE5C46E67A30C | Tushy | 07/21/2017 00:28:42 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 14 | 43D5AADB5699D50F9B695E629D7DC6CB0D5AB7C3 | Blacked | 06/30/2017 05:15:01 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 15 | 44943F07B9E0C7D1E1E9B164C683075B49EA5103 | Vixen | 11/11/2017 04:08:48 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 16 | 45B2E3DC85C1A3825981D3B9EBDCC2E3ECB94FF7 | Vixen | 09/17/2017 01:24:59 | 09/16/2017 | 09/25/2017 | 15894022913 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 55BDAEA1C28C1A3BC378C97ADE5046906662FF81 | Blacked | 08/09/2017 01:31:10 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 18 | 5E48CB4ED7C16FD66FBBA7681EE252C158DF061B | Blacked | 05/31/2017 00:36:57 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 19 | 6AF47B474A36FC4C01A98EFF84B2658DCBE70B43 | Tushy | 09/04/2017 02:28:58 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 20 | 7612E62FD8712DE8120210701A8C3AF69502BF9E | Vixen | 05/20/2017 18:01:33 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 21 | 79BBEE7B2CC652E40847301A6CE92D666A8D88B2 | Blacked | 08/19/2017 05:38:27 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 22 | 7BAFDEC66A03BCF63BA40C12A9CC2F525635FB38 | Tushy | 08/05/2017 00:57:54 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 23 | 814484C23BB60ED37930F523355A7914A06C6B47 | Vixen | 07/24/2017 01:47:34 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 24 | 8359455E56EDB1AD829E0ACBACF1D98BD86EE2EF | Tushy | 06/06/2017 02:39:47 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 25 | 8A842DDCB86E66CAD7B60FCCCE7233DA6889A656 | Vixen | 10/22/2017 12:44:56 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 26 | 93FA376B2CEBE61A2C29FBEC34D10AB606001FBF | Tushy | 07/10/2017 03:59:14 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 27 | 95A01682A2924C6AAFCF746B00BDE06D3C94787A | Vixen | 10/31/2017 23:43:46 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 28 | 98153548043304862560A17C31FDF7BFC937CA2 | Blacked | 05/26/2017 00:29:58 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 29 | 990994F89690F9A3E78614F2186AEB2765478D4D | Blacked | 07/14/2017 23:19:38 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 30 | A9FA6BCB00C883739E7D72755145D97C30645E40 | Tushy | 10/14/2017 00:56:54 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 31 | AABA11A2DDD425E7F6E0F27417A251D172F294FE | Tushy | 11/23/2017 17:27:00 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 32 | AB03EDEBCF77AB011BEC773EEC41EBFAA82BEB93 | Vixen | 06/29/2017 00:11:53 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 33 | B271511687890F0A57EE68486AFE3F2D827638A1 | Tushy | 07/11/2017 00:14:12 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 34 | BC22A8633518DB95E36B8F6DF78B5F56C37D5AE1 | Blacked | 10/15/2017 12:41:15 | 10/12/2017 | 10/22/2017 | PA0002058296 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | BC713071309BE7B20F7F2736D5DE00BD4B209CE4 | Vixen | 11/26/2017 15:11:11 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 36 | BEA3F713C85F20F62FE90741A87B482944C52E42 | Tushy | 07/27/2017 00:56:45 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 37 | C2F7649FE7ECA813CF06509A80FCC0C5959195F3 | Blacked | 06/15/2017 01:17:11 | 06/14/2017 | 07/06/2017 | 15584064117 |
| 38 | CD565BEF49D3A5122BEF59A4425BDEBE8C5E9B05 | Vixen | 07/19/2017 01:11:06 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 39 | D1316AB477E80BDC9FEF28DD4412219B33366E37 | Vixen | 07/10/2017 03:53:16 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 40 | D8F64BC3740763BFBA96DBD923F561C417E389F8 | Blacked | 07/10/2017 03:59:13 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 41 | FC61F5A0FC9E1ADADAE044CA864470F5B3C00A31 | Tushy | 07/31/2017 01:22:14 | 07/30/2017 | 08/11/2017 | 15711086778 |