UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC,                        :
                                               :   Case No. 1:18-cv-00452-ARR-RML
                    Plaintiff,                 :
                                               :   Judge Allyne R. Ross
         vs.                                   :
                                               :   Magistrate Judge Robert M. Levy
JOHN DOE subscriber assigned IP address        :
96.232.107.197,                                :
                                               :
                    Defendant.                 :
------------------------------------------------------------X

### PLAINTIFF'S NOTICE OF SETTLEMENT
### WITH DEFENDANT JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, subscriber assigned IP address 96.232.107.197 ("Defendant") through his or her counsel, Robert Cashman, Esq.  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: May 11, 2018                                 Respectfully submitted,

                                                    **FOX ROTHSCHILD, LLP**
                                                    By:  /s/ *Shireen Nasir*
                                                    Shireen Nasir, Esq.
                                                    snasir@foxrothschild.com
                                                    101 Park Avenue
                                                    17th Floor
                                                    New York NY 10178
                                                    Tel.: (212) 878-7900
                                                    Fax: (212) 692-0940
                                                    www.foxrothschild.com
                                                    *Attorneys for Plaintiff*

1