**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :   Case No. 1:18-cv-00452-ARR-RML
                              Plaintiff,                         :
                                                                 :
              vs.                                                :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
96.232.107.197,                                                  :
                                                                 :
                              Defendant.                         :
-----------------------------------------------------------------X
```

**PLAINTIFF'S VOLUNTARY DISMISSAL**
<u>**WITH PREJUDICE OF JOHN DOE**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 96.232.107.197, are voluntarily dismissed with prejudice.

Dated: May 22, 2018                               Respectfully submitted,

                                                  **FOX ROTHSCHILD, LLP**

                                                  By:  /s/ *Shireen Nasir*
                                                       Shireen Nasir, Esq.
                                                       snasir@foxrothschild.com
                                                       101 Park Avenue
                                                       17th Floor
                                                       New York NY 10178
                                                       Tel.: (212) 878-7900
                                                       Fax: (212) 692-0940
                                                       www.foxrothschild.com
                                                       *Attorneys for Plaintiff*

1